157 A.3d 816

**JOHNSON, Clarence Eugene, III**

v.

**STATE of Maryland**

Pet. Docket No. 419, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2329, Sept. Term, 2014).

Petition for writ of certiorari denied

∎

157 A.3d 816

**JONES, Cleveland**

v.

**STATE of Maryland**

Pet. Docket No. 623, Sept. Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 291, Sept. Term, 2016).

Petition for writ of certiorari denied